**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph F. O'KICKI, Respondent.**

**No. 969, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 1, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 19, 1996, it is hereby

ORDERED that JOSEPH F. O'KICKI be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

FLAHERTY and ZAPPALA, JJ., did not participate in this matter.

**In the Matter of James HOOK, Petition for Reinstatement.**

**No. 802, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 1, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated February 12, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**In the Matter of Larry CHARLES, Petition for Reinstatement.**

**No. 791, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 1, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated February 8, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.